An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DARRYL ORLANDUS CLARK,
Appellant,
vs.
THE STATE OF NEVADA; NEVADA
DEPARTMENT OF CORRECTIONS;
LOVELOCK CORRECTIONAL
CENTER; QUENTIN BYRNE; JAMES
COX; ROBERT LEGRAND; AND E.K.
MCDANIEL,
Respondents.

No. 62978

**FILED**

APR 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant seeks to challenge the district court's oral ruling granting a motion to dismiss. No appeal may be taken, however, from a district court's oral ruling. *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987). Only a final, written judgment has any effect, and thus, only a written judgment may be appealed. *Id.* Accordingly, we lack jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____ J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Jerry A. Wiese, District Judge
       Darryl Orlandus Clark
       Attorney General/Carson City
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-12485